IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY BUSINESS SERVICES, LLC, | ) | NO. 5:15-CR-62-H |
| DUKE ENERGY PROGRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY BUSINESS SERVICES, LLC, | ) | |
| DUKE ENERGY CAROLINA, LLC, | ) | NO. 5:15-CR-67-H |
| DUKE ENERGY PROGRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY BUSINESS SERVICES, LLC, | ) | NO. 5:15-CR-68-H |
| DUKE ENERGY CAROLINA, LLC, | ) | |
| DUKE ENERGY PROGRESS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The court hereby appoints Senior United States Probation Officer John A. Wasco for the purposes of providing information as necessary to assist the court in the above-captioned matters. Officer Wasco has authority to confer with the parties and to request any information necessary to the proper adjudication of these matters.

The court further directs the United States Probation Office to provide a draft of a sentencing memorandum in these matters for the parties' review. The parties shall have the opportunity to provide comments and/or objections to the United States Probation Office in a timely manner.

This 24TH day of March 2015.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26