IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE ENERGY BUSINESS SERVICES, LLC; DUKE ENERGY CAROLINAS, LLC; and DUKE ENERGY PROGRESS, INC., | ) ) ) ) | **ORDER** |
| Defendants. | ) | |

Upon consideration of the information contained in the defendants' motion to continue plea hearings and for good cause, the court GRANTS defendants' request to seal the motions to continue plea hearings and supporting memoranda of law filed in the above-captioned cases.

THEREFORE, docket entry numbers 19 and 20 in File Number 5:15-CR-62-H, docket entry numbers 16 and 17 in File Number 5:15-CR-67-H, and docket entry numbers 19 and 20 in File Number 5:15-CR-68-H shall be sealed.

This 8th day of April 2015.

_____
MALCOLM J. HOWARD
Senior United States District Judge