IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY BUSINESS SERVICES LLC; DUKE ENERGY CAROLINAS, LLC; and DUKE ENERGY PROGRESS, INC., | ) ) ) ) **ORDER DIRECTING PAYMENT** |
| Defendants. | ) |

The court previously provided notice of its selection and appointment of **RES, LLC** ("RES") to be the recipient of five million dollars ($5,000,000.00) from Duke Energy Carolinas, LLC, and five million dollars ($5,000,000.00) from Duke Energy Progress, Inc., pursuant to provisions contained in Page 5, Paragraph 12 of the Judgments, Paragraph 12A of Exhibit A to the Judgments, and Paragraph 3, Subsection bb of the plea agreements. The total payment to the recipient shall be ten million dollars ($10,000,000.00). Duke Energy Carolinas, LLC, and Duke Energy Progress, Inc., was directed to remit payment to RES within thirty (30) days of entry of the Notice filed September 10, 2015.

Due to the need to resolve various administrative matters, the court stayed the order requiring payment until further order of this court. The parties have informed the court that the administrative matters have been resolved, and the court is in receipt of the "United States v. Duke Energy Carolinas et al.: RES Mitigation Order Implementation Plan" which RES has agreed to implement following receipt of the 10 million dollars. Therefore, Duke Energy Carolinas, LLC, and Duke Energy Progress, Inc., are directed to remit payment of $10,000,000 (ten million dollars) to RES within thirty (30) days of the date of filing of this order for RES.

So ordered, this 29TH day of October, 2015

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26