IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

UNITED STATES OF AMERICA, )
)
v. )
)
DUKE ENERGY BUSINESS SERVICES )
LLC; DUKE ENERGY CAROLINAS, ) **ORDER**
LLC; and DUKE ENERGY )
PROGRESS, INC., )
    Defendants. )

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated December 21, 2015, which was submitted to this court on December 22, 2015. This invoice covers services rendered by the CAM and expenses of the CAM for the time period of November 1, 2015 through November 30, 2015. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for services in the amount of $138,437.50. Defendants are directed to render payment of $138,437.50 to BEVERIDGE &

DIAMOND, P.C., within 45 days of the electronic submission of this invoice on December 22, 2015.

This  7  day of January 2016.

                             Malcolm J. Howard
                             Senior United States District Judge

At Greenville, NC
#26