IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DUKE ENERGY BUSINESS SERVICES LLC; DUKE ENERGY CAROLINAS, LLC; and DUKE ENERGY PROGRESS, INC., | ) **ORDER** |
| Defendants. | ) |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated August 21, 2018, which was submitted to this court on August 21, 2018. This invoice covers services rendered by the CAM for the time period of July 2, 2018 through July 31, 2018, and disbursements listed through July 31, 2018. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $70,131.00, plus expenses and disbursements of $43,881.15 for a total invoice of $114,012.15. Defendants are directed to render payment of $114,012.15 to BEVERIDGE & DIAMOND, P.C., within 45

days of the electronic submission of this invoice on August 21, 2018.

This 6th day of September 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35