```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     WESTERN DIVISION

                    NO. 5:15-CR-62-H
                    NO. 5:15-CR-67-H
                    NO. 5:15-CR-68-H
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DUKE ENERGY BUSINESS SERVICES )<br>LLC; DUKE ENERGY CAROLINAS, )<br>LLC; and DUKE ENERGY )<br>PROGRESS, INC., )<br>    Defendants. ) | **ORDER** |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated August 19, 2019, which was submitted to this court on August 19, 2019. This invoice covers services rendered by the CAM for the time period of July 1, 2019 through July 31, 2019, and disbursements listed through July 31, 2019. The parties have informed the court they have no objections to the invoice submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $100,199.00, plus expenses and disbursements of $49,874.11 for a total invoice of $150,073.11. Defendants are directed to render payment of $150,073.11 to BEVERIDGE & DIAMOND, P.C., within 45

days of the electronic submission of this invoice on August 19, 2019.

This 29th day of August 2019.

                                        _____
                                        MALCOLM J. HOWARD
                                        Senior United States District Judge

At Greenville, NC
#35