IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DUKE ENERGY BUSINESS SERVICES ) | **ORDER** |
| LLC; DUKE ENERGY CAROLINAS, ) | **CORRECTING CLERICAL ERROR** |
| LLC; and DUKE ENERGY ) | |
| PROGRESS, INC., ) | |
| Defendants. ) | |

The court hereby enters this order to correct two clerical errors in previous orders.

First, the order of March 20, 2017, [DE #89, #95, #98], directing payment for the invoice submitted on March 13, 2017, incorrectly directed $103,265.89 for payment instead of the correct invoiced amount of $103,265.39. The law firm of Beveridge & Diamond, P.C. has confirmed it was paid the total invoice amount of $103,265.39. Therefore, the order of March 20, 2017, [DE #89, #95, #98], is hereby amended to direct total payment of $103,265.39. All other aspects of the order remain unchanged.

Second, the order of December 5, 2018, [DE #114, #121, #122], directing payment for the invoice submitted on November 28, 2018,

incorrectly directed $39,021.03 for payment instead of the correct invoiced amount of $39,821.03. The law firm of Beveridge & Diamond, P.C. has confirmed it was paid the total invoiced amount of $39,821.03. Therefore, the order of December 5, 2018, [DE #114, #121, #122], is hereby amended to direct total payment of $39,821.03. All other aspects of the order remain unchanged.

The clerk is directed to make a notation of this amendment on the affected docket entries.

This 10TH day of September 2019.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35