IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| DUKE ENERGY BUSINESS SERVICES ) | **ORDER** |
| LLC; DUKE ENERGY CAROLINAS, ) | |
| LLC; and DUKE ENERGY ) | |
| PROGRESS, INC., ) | |
| Defendants. ) | |

The court is in receipt of the Invoice of the court appointed monitor, Benjamin F. Wilson and the law firm, Beveridge & Diamond, P.C., ("CAM") dated February 29, 2020, which was submitted to this court on May 12, 2020. This invoice covers services rendered by the CAM for the time period of January 2, 2020 through January 31, 2020, and disbursements listed through January 31, 2020. No objections have been submitted. Therefore, the court, having carefully reviewed the submissions, hereby approves the invoice for fees in the amount of $90,770.00, plus disbursements of $44,770.55 for a total invoice of $135,540.55. Defendants are directed to render payment of $135,540.55 to BEVERIDGE & DIAMOND,

P.C., within 45 days of the electronic submission of this invoice on May 12, 2020.

This 18th day of May 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35