IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-62-H
NO. 5:15-CR-67-H
NO. 5:15-CR-68-H

UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             )
DUKE ENERGY BUSINESS SERVICES )
LLC; DUKE ENERGY CAROLINAS,  )         **ORDER**
LLC; and DUKE ENERGY         )
PROGRESS, INC.,              )
     Defendants.             )

Duke Energy Business Services, LLC; Duke Energy Carolinas, LLC; and Duke Energy Progress, Inc., were sentenced in the United States District Court for the Eastern District of North Carolina in Greenville, North Carolina, on May 14, 2015, to a five-year term of probation. The term of probation therein imposed has been satisfied and is therefore terminated.

This 29th day of May 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35